**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Civil Action No.: 12-cv-00210-RPM

JENNIFER FINLEY,

        Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., a division of HONEYWELL INTERNATIONAL, INC.,

        Defendant.

---

ORDER EXTENDING DEADLINES

---

Upon the parties' **Joint Motion to Amend Scheduling Order to Extend Discovery and Expert-Related Deadlines** [Docket Entry #14 Filed August 9, 2012], it is

**ORDERED** that the Motion is **GRANTED**. The Scheduling Order [Docket Entry #10], is amended as follows:

Discovery cut-off is November 14, 2012 for all matters not regarding expert discovery.

Discovery cut-off as to expert witnesses is December 19, 2012.

The party bearing the burden of persuasion on the issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before September 12, 2012.

The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before October 12, 2012.

Any rebuttal opinions will be exchanged on or before October 31, 2012.

Dated: August 10, 2012

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge