IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00210-RPM

JENNIFER FINLEY,

    Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC.,
a division of HONEYWELL INTERNATIONAL, INC.,

    Defendant.

_____

## PROTECTIVE ORDER
_____

    Pursuant to the plaintiff's Motion for Protective Order [16] and the defendant's Response [18], it is

    ORDERED that the plaintiff's motion is granted and Greg Fisher and Bernie DeMoss are precluded from attendance at the plaintiff's deposition.

    Dated: August 29th , 2012

                                    BY THE COURT:

                                    s/ Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior District Judge