## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Civil Action No.: 12-cv-00210-RPM-MEH

JENNIFER FINLEY,

       Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., a division of HONEYWELL INTERNATIONAL, INC.,

       Defendant.

---

## ORDER AMENDING SCHEDULING ORDER

---

Upon review of the parties' **Second Joint Motion to Amend Scheduling Order** [27] filed November 6, 2012, it is

**ORDERED** that the Motion is **GRANTED** and the Scheduling Order [10], is amended as follows:

Discovery cut-off is December 19, 2012 for all matters not regarding expert discovery.

Discovery cut-off as to expert witnesses is January 18, 2013.

The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 26, 2012.

Any rebuttal opinions will be exchanged on or before December 7, 2012.

The dispositive motions deadline is January 16, 2013.

Dated: November 7, 2012

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior Judge