**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00210-RPM

JENNIFER FINLEY,

    Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., a division of HONEYWELL INTERNATIONAL, INC.,

    Defendant.

_____

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE HEARING**
_____

The Court, having considered Defendant's Unopposed Motion to Vacate Hearing (the "Motion"), having reviewed the file and otherwise being fully apprised in the premises, hereby

GRANTS the Motion. IT IS, THEREFORE, ORDERED that the hearing scheduled for December 27, 2012 at 11:00 a.m. on Defendant's motion to compel (Dkt # 30) and motion for sanctions (Dkt # 34) is hereby VACATED.

DATED: December 27th, 2012.

                                                    BY THE COURT:

                                                    s/Richard P. Matsch

                                                    _____
                                                    United States District Judge