IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00210-RPM

JENNIFER FINLEY,

      Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC.,
a division of HONEYWELL INTERNATIONAL, INC.,

      Defendant.

_____

ORDER FOR STATUS REPORT
_____

On December 27, 2012, defendant filed an unopposed motion to vacate the December 27, 2012, hearing on discovery motions, informing that the parties had reached a settlement of the case. The parties have filed nothing further in this case and it is now

ORDERED that counsel shall file a status report on or before March 7, 2013.

Dated: February 25th, 2013

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge