**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00210-RPM

JENNIFER FINLEY,

    Plaintiff,

v.

HONEYWELL TECHNOLOGY SOLUTIONS, INC., a division of HONEYWELL INTERNATIONAL, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    WHEREAS, pursuant to Fed. R. Civ. P. 41(a), the parties have jointly stipulated to the dismissal of this action with prejudice, each party to bear its or her own costs.

    IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear its or her own costs.

    DATED this 13th day of March, 2013.

    BY THE COURT:

    s/Richard P. Matsch

    Richard P. Matsch, Senior District Judge